# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| JUAN ALBERTO PAZ, | : | |
| | : | Civil No. 12-2114 (RBK/JS) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DONNA ZICKEFOOSE and DR. A. LOPEZ, | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on its own motion, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that the complaint of Juan Alberto Paz is **DISMISSED WITHOUT PREJUDICE** as moot.

**IT IS HEREBY FURTHER ORDERED** that the motion of Donna Zickefoose and Dr. A. Lopez for summary judgment (Doc. No. 17) is **DISMISSED AS MOOT**.

**IT IS HEREBY FURTHER ORDERED** that the motion of Juan Alberto Paz for a change of venue (Doc. No. 27) is **DISMISSED AS MOOT**.


Dated: 11/8/2013                                         /s/ Robert B. Kugler
                                                         ROBERT B. KUGLER
                                                         United States District Judge